IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANDREW CORTEZ CRATER,** | CIV S-01-1893 MCE GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **GEORGE M. GALAZA, Warden,** | |
| Respondent. | |

By stipulation of the parties and for good cause shown, the parties' joint request for an enlargement of time to file objections to the Magistrate's findings and recommendations is hereby granted. Both parties' objections to the findings and recommendations shall be filed on or before May 17, 2005.

DATED: 5/2/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

crat1893.eot04

1