IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW CORTEZ CRATER,                No. CIV-S-01-1893 MCE/GGH P

    Petitioner,

  v.                                   ORDER

GEORGE GALAZA, WARDEN,

    Respondent.
_____/

    Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's September 30, 2005 denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

    A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

///

1

The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement. 28 U.S.C. § 2253(c)(3).

A certificate of appealability should be granted for any issue that petitioner can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different court, or is "'adequate to deserve encouragement to proceed further.'" Jennings v. Woodford, 290 F.3d 1006, 1010 (9th Cir. 2002) (quoting Barefoot v. Estelle, 463 U.S. 880, 893 (1983)).[1]

Petitioner has made a substantial showing of the denial of a constitutional right in the following issues presented in the instant petition: 1) Whether the petitioner's state jury trial judge displayed an appearance of bias when he expressly stated before trial that he believed petitioner was guilty; 2) Whether the state appellate court acted in an objectively unreasonable manner and/or a manner contrary to Supreme Court precedent in not finding that the state trial court's refusal to change venue in petitioner's case was constitutional error; 3) Whether cognizable constitutional error occurred in connection with the state trial court's special circumstance jury instructions; 4) Whether AEDPA is unconstitutional.

///

---

[1] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause. Jennings, at 1010.

1   Accordingly, IT IS HEREBY ORDERED that a certificate of
2  appealability is issued in the present action.
3  DATED: October 14, 2005

```
                            _____
                            MORRISON C. ENGLAND, JR
                            UNITED STATES DISTRICT JUDGE
```